**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS, TYLER DIVISION**

| | | |
|---|---|---|
| **TYLER INVESTMENT GROUP, LLC,**<br>***Plaintiff,***<br><br>**v.**<br><br>**ACCREDITED SURETY AND CASUALTY COMPANY and VICTOR THORN,**<br>***Defendants.*** | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | **CIVIL ACTION NO. 6:25-CV-00184**<br>**JURY** |

**AGREED MOTION TO DISMISS WITH PREJUDICE**

Plaintiff Tyler Investment Group, LLC (“Plaintiff”) and Defendants Accredited Surety and Casualty Company and Victor Thorn (“Defendants”) jointly file this Agreed Motion to Dismiss with Prejudice (“Motion”) and respectfully show the Court the following:

Plaintiff and Defendants have agreed upon an amicable resolution amongst themselves as well as by and through their counsel of record. Plaintiff and Defendants have further agreed that the costs of court and attorney’s fees shall be borne by the party incurring the same.

As evidenced by the signature of its counsel below, Plaintiff respectfully requests that this Honorable Court enter an Order by which all claims alleged by Plaintiff against Defendants in this action shall be dismissed with prejudice and the parties shall bear their own fees and costs.

A proposed agreed order has been provided with this Motion for the Court’s consideration.

[*Signatures on following page*]

Respectfully submitted,

*/s/ William W. Lundquist*
William W. Lundquist
Will@LundquistLawFirm.com
LUNDQUIST LAW FIRM
675 Bering Dr., Ste. 850
Houston, Texas 77057
Telephone: (346) 704-5295
Facsimile: (713) 583-5586

**ATTORNEYS FOR PLAINTIFF**

*/s/ Paige C. Jones*
Paige C. Jones
Texas Bar No. 24054609
paige.jones@phelps.com
Mark A. Broom
Texas Bar No. 24116133
mark.broom@phelps.com
Phelps Dunbar, LLP
2102 E State Hwy 114, Suite 207
Southlake, TX 76092
Telephone: (817) 488-3134
Telecopier: (817) 488-3214

**ATTORNEYS FOR DEFENDANTS**