UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:25-cv-00184

**Tyler Investment Group, LLC,**
*Plaintiff,*
v.
**Accredited Surety and Casualty Company,**
*Defendant.*

# ORDER

The parties filed an agreed motion to dismiss with prejudice. Doc. 13. They represent that they have resolved the matter and agree that each party should bear its own costs and fees. *Id.* Because the motion was "signed by all parties who have appeared," the motion serves as a stipulation of dismissal under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

Therefore, court action is unnecessary. The case is dismissed with prejudice. *See* Doc. 13. Any pending motions are denied as moot. The clerk of court is directed to close the case.

*So ordered by the court on November 4, 2025.*

J. CAMPBELL BARKER
United States District Judge